IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| v. | ) | |
| PEEAIR SHAUN WARD, | ) | ORDER RESCHEDULING SENTENCING HEARING |
| Defendants. | ) | |

IT IS ORDERED that:

1. the sentencing hearing for Peeair Shaun Ward is rescheduled and shall commence at 12:15 p.m. on November 5, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated September 22, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge