IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEEAIR SHAUN WARD,<br><br>Defendant. | Case No. 4:08CR3078 |

## ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the Deadline for Filing a Downward Departure/Variance Motion and Supporting Brief, filing 75. The Court, noting the Government has no objection to the same, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any downward departure/variance motion with supporting brief no later than Monday, October 20, 2008.

Dated this 15th day of October, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge