IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| | ) | |
| v. | ) | |
| | ) | |
| PEEAIR SHAUN WARD, | ) | TENTATIVE FINDINGS REGARDING |
| | ) | PRESENTENCE INVESTIGATION |
| Defendants. | ) | REPORT |
| | ) | |

     The defendant has objected to paragraphs 34, 36, 40, 41, 42, 53, 54, and 84, all of which have to do with his criminal history, including classification as a career offender. Unless there is resolution of those matters by agreement, an evidentiary hearing will be necessary. The evidentiary hearing will be scheduled for October 29, 2008, at the time of the sentencing. I tentatively find that all paragraphs of the Presentence Investigation Report, other than those now objected to, are true and accurate. If evidentiary testimony is expected, paragraph 6 of the Order on Sentencing Schedule must be complied with on or before October 20, 2008, unless that time is extended by order of the court.

     Dated October 16, 2008.

                             BY THE COURT

                             s/  Warren K. Urbom
                             United States Senior District Judge