IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3078 |
| ) | |
| v. ) | |
| ) | AMENDMENT TO |
| PEEAIR SHAUN WARD, ) | TENTATIVE FINDINGS REGARDING |
| ) | PRESENTENCE INVESTIGATION |
| Defendants. ) | REPORT |
| ) | |

IT IS ORDERED that the Tentative Findings Regarding Presentence Investigation Report, filing 77, is amended in that the date and time for conducting the evidentiary and sentencing hearing shall be amended to read  November 5, 2008, at 12:15 p.m.   The remaining statements in the Tentative Findings Regarding Presentence Investigation Report, filing 77, remain as set out therein.

Dated October 17, 2008.

BY THE COURT


S/ Warren K. Urbom
United States Senior District Judge