IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:08CR3078 |
| | ) | |
| PEEAIR SHAUN WARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the Deadline for Filing a Downward Departure/Variance Motion and Supporting Brief, filing 79.  The Court noting the government has no objection to the same, finds that the motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any downward departure/variance motion with supporting brief no later than Wednesday, October 22, 2008.

Dated October 20, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge