IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| v. | ) | |
| PEEAIR SHAUN WARD, | ) | ORDER ON MOTION TO EXTEND |
| Defendants. | ) | |

   IT IS ORDERED that the Motion to Extend, filing 81, is granted and the government shall file and serve its documents on or before October 22, 2008.

   Dated October 21, 2008.

                              BY THE COURT

                              s/  Warren K. Urbom
                              United States Senior District Judge