IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>             Plaintiff,                             )<br>                                                              )<br>        v.                                                 )<br>                                                              )<br>PEEAIR SHAUN WARD,                         )<br>                                                              )<br>             Defendants.                        )<br>                                                              ) | 4:08CR3078<br><br>ORDER ON ORAL MOTION TO<br>CONTINUE EVIDENTIARY AND<br>SENTENCING HEARING |

IT IS ORDERED that:

1. defense counsel's oral motion to continue the evidentiary and sentencing hearing is granted;

2. the evidentiary and sentencing hearing is continued to November 12, 2008, at 2:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated November 3, 2008.

BY THE COURT

s/   Warren K. Urbom
United States Senior District Judge