IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEEAIR SHAUN WARD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 4:08CR3078-2<br>)<br>)<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2008 NOV 14  AM 11:01
OFFICE OF THE CLERK

## ORDER FOR CONDITIONAL RELEASE FROM DETENTION

THIS MATTER comes before this Court on defendant's Unopposed Motion for Conditional Release From Detention, filing ____, so that he may serve a sentence ordered by the Lancaster County District Court in Case No. CR07-1184. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the United States Marshal shall release Mr. Ward to the detainer lodged against him in Case No. CR07-1184 from the Lancaster County District Court. The Marshal shall also file an appropriate detainer with the Lancaster County authorities so that Mr. Ward will be returned to the custody of the United States Marshal for commencement of his federal sentence upon completion of Mr. Ward's sentence in the above captioned state case.

Dated this 14th day of November, 2008.

BY THE COURT:

_/s/ Warren K. Urbom_
The Honorable Warren K. Urbom
Senior United States District Judge

Approved as to form: _/s/_
SAUSA Jan Lipovsky

Certified Copy to USM