IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3078 |
| ) | |
| v. ) | |
| ) | |
| PEEAIR SHAUN WARD, ) | ORDER OR RESCHEDULING RULE 35(b) |
| ) | HEARING |
| Defendants. ) | |
| ) | |

Due to a conflict in defense counsel's schedule,

IT IS ORDERED that the Rule 35(b) hearing is rescheduled and shall commence at 2:00 p.m. on November 10, 2009, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.   The defendant shall be present for the hearing.

Dated October 6, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge