IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3078 |
| ) | |
| PEEAIR SHAUN WARD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Statement Under Seal, filing 134.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Statement in Support of Rule 35 Motion under seal.

DATED this 4th day of November, 2009.

BY THE COURT:

s/ Warren K. Urbom

The Honorable Warren K. Urbom
Senior United States District Judge